# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

JEFF HAWKINS,  No. 2:19-cv-1228 TLN KJN P

    Plaintiff,

  v.

M. WINKFIELD, et al.,

**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

    Defendants.

/

Jeff Hawkins, CDCR # F-18885, a necessary and material witness in a settlement conference in this case on June 22, 2020, is confined in California Health Care Facility ("CHCF"), in the custody of the Warden. In order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Allison Claire, by telephonic-conferencing from his place of confinement, to the U.S. District Court, Courtroom #26, 501 I Street, Sacramento, California 95814, on Monday, June 22, 2020, at 9:00 a.m.

ACCORDINGLY, IT IS HEREBY ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above, by telephonic-conferencing, to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by the court.

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

3. The Clerk of the Court is directed to serve a copy of this order by fax on the Litigation Coordinator at California Health Care Facility, (209) 467-2676.

4. On June 22, 2020, no later than 9:00 a.m., the assigned prison official shall call 1-877-336-1839 and when prompted, use the access code 2040217 plus #, and security code 4223 plus #.

5. If prison officials have any questions concerning the telephonic connection or difficulty connecting, they shall contact Valerie Callen, Courtroom Deputy, at (916) 930-4199.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Warden, California Health Care Facility, P. O. Box 32050, Stockton, California 95213:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Claire at the time and place above, by telephonic-conferencing, until completion of the settlement conference or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

Dated:  June 5, 2020

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/hawk1228.841T