UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HAWKINS, | No. 2:19-cv-1228 KJN P |
| Plaintiff, | |
| v. | ORDER |
| M. WINKFIELD, et al., | |
| Defendants. | |

Plaintiff is a state prisoner, proceeding without counsel, with a civil rights complaint under 42 U.S.C. § 1983. This action proceeds on plaintiff's claims that defendants Winkfield, Pendleton, Decker, Troncoso and Whipple used excessive force on plaintiff on August 28, 2018, in violation of the Eighth Amendment. (ECF No. 10.) During the June 22, 2020 settlement conference, this case did not settle. Therefore, the stay is lifted, and defendants are directed to file a responsive pleading.

Accordingly, IT IS HEREBY ORDERED that:

1. The stay of this action is lifted; and

2. Within thirty days from the date of this order, defendant shall file a responsive pleading.

Dated: July 6, 2020

/hawk1228.lft

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE