IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFF HAWKINS,** | Case No. 2:19-cv-1228 KJN |
| Plaintiff, | **[PROPOSED]** ORDER |
| v. | |
| **M. WINKFIELD, et al. ,** | |
| Defendants. | |

    Plaintiff is a state prisoner, proceeding without counsel. On November 6, 2020, defendants filed two requests.

    First, defendants Decker, Pendleton, Winkfield, and Whipple seek a second extension of time to respond to discovery. The Court has read and considered the defendants' second request for an extension of time to respond to discovery by defendants Decker, Pendleton, Winkfield, and Whipple. Good cause appearing, the Court grants the request. Such defendants shall have an additional 28 days, up to and including December 4, 2020, to respond.

    Second, defendants seek a stay of this action or, in the alternative, a second extension of time to respond to discovery as to defendant Troncoso, who died at some point this year. The court has read and considered the defendants' request for a stay in the case as to defendant Troncoso for the purpose of defendants filing and serving a notice of suggestion of death pursuant

to Federal Rule of Civil Procedure 25(a).  The court grants the request.  Good cause appearing, plaintiff's claims as to defendant Troncoso are stayed for 45 days.  On or before that time, defendants shall file a notice of suggestion of death.

Accordingly, IT IS HEREBY ORDERED that:

1. The request for second extension of time (ECF No. 51) is granted.
2. Defendants Decker, Pendleton, Winkfield, and Whipple shall file their discovery responses on or before December 4, 2020.
3. Defendants' request for stay (ECF No. 52) is granted.
4. Plaintiff's claims as to defendant Troncoso are stayed for 45 days.

Dated:  November 10, 2020

/hawk1228.eot2

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE