IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JEFF HAWKINS,**<br><br>                              Plaintiff,<br><br>       v.<br><br>**M. WINKFIELD, et al. ,**<br><br>                              Defendants. | Case No. 2:19-cv-01228 KJN P<br><br>~~**[PROPOSED]**~~ **ORDER** |

Defendants Decker, Pendleton, Winkfield, and Whipple have filed two requests in connection with defendant Troncoso: a request to seal documents, and a request to stay discovery. As set forth below, defendants' requests to seal and for stay are granted.

1. The court has read and reviewed defendants' request to seal the unredacted copy of defendants' notice of suggestion of death and proofs of service attached as Exhibit 1. Such documents contain the names and home addresses of deceased defendant Troncoso's children, including one minor. Good cause appearing, the request to seal is granted. The court shall seal the unredacted copies of the documents for the duration of the litigation.[1]

---

[1] Counsel also requested that the court destroy the sealed documents after this action has concluded, but provided no authority for such action. Local Rule 141 makes no provision for such destruction. Generally, sealed entries simply remain on the court docket. However, if defendants wish to have the sealed documents removed from the court record, counsel may make

(continued…)

2. The court has read and considered defendants' second request for a stay of time to respond to discovery on behalf of defendant Troncoso, in light of a pending notice of suggestion of death. Good cause appearing, the court grants the motion. The claims against defendant Troncoso are stayed, including any outstanding discovery requests, until 30 days after plaintiff substitutes an appropriate party for defendant Troncoso, or until 30 days after the time to substitute a successor or representative under Federal Rule of Civil Procedure 25 expires, whichever is earlier.

Accordingly, IT IS HEREBY ORDERED that:

1. Defendants' request to seal documents (ECF No. 60) is granted.

2. The Clerk of the Court shall file the unredacted copy of defendants' notice of suggestion of death and the appended proofs of service (Exhibit 1) under seal.

3. Defendants' request for stay as to defendant Troncoso (ECF No. 61) is granted.

4. Plaintiff's claims against defendant Troncoso are stayed until 30 days after plaintiff substitutes an appropriate party for defendant Troncoso, or until 30 days after the time to substitute a successor or representative under Federal Rule of Civil Procedure 25 expires, whichever is earlier.

Dated: January 5, 2021

/hawk1228.sea

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

---

such a motion once this action is terminated, and the time for filing an appeal has expired, or any appeal has been resolved.