UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HAWKINS,<br><br>  Plaintiff,<br><br>  v.<br><br>M. WINKFIELD, et al.,<br><br>  Defendants. | No.  2:19-cv-1228 TLN KJN P<br><br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding without counsel.  On January 25, 2021, plaintiff filed a document styled, "Alleged Failure to Respond to Discovery Motion to Compel."  (ECF No. 64.)  Based on the following defects, plaintiff's motion is denied without prejudice to its renewal.

First, plaintiff's motion is not signed by plaintiff.  Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing.  Fed. R. Civ. P. 11(a).

Second, plaintiff again alleges that defendants' responses were untimely (ECF Nos. 57, 62); plaintiff now complains that the discovery responses were untimely because plaintiff did not receive the responses until December 11, 2020.  Plaintiff is mistaken.  Defendants were granted an extension of time to respond until December 4, 2020.  The court's order meant that defendants must serve their responses on or before December 4, 2020, and the proof of service provided by

1

plaintiff demonstrates defendants mailed the responses on December 4, 2020. The court's order did not require that the responses be received by plaintiff on or before December 4, 2020. Thus, plaintiff's untimeliness objections are overruled, and should not be included in any renewed motion to compel.

Finally, in his motion, plaintiff claims he "asked questions about the rotunda area and right side of the tower in building 6 emergency extractions." (ECF No. 64 at 3.) Such generalized identification of the discovery requests is insufficient. Local Rule 205.3 requires that plaintiff file with his motion to compel a copy of each discovery request and response at issue. Id.[1] Here, plaintiff did not include the discovery requests and defendants' responses he challenges; rather, he included copies of some of the documents provided. Therefore, the court is unable to address each request plaintiff challenges.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's motion to compel (ECF No. 64) is denied without prejudice.

2. Plaintiff is granted until February 26, 2021, in which to renew his motion to compel.

Dated:  February 3, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/hawk1228.mtc

---

[1] Plaintiff is only required to include "that part of the request for production, response or proof of service that is in issue shall be filed." L.R. 205.3(c); Fed. R. Civ. P. 34.