UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HAWKINS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>M. WINKFIELD, et al.,<br><br>　　　　　Defendants. | No. 2:19-cv-1228 TLN KJN P<br><br><br>ORDER |

　　　　Plaintiff is a state prisoner, proceeding without counsel. On January 31, 2021, plaintiff signed a document styled, "Alleged Failure to Respond to Discovery." (ECF No. 66.) Such document was filed on February 4, 2021, the same day the court issued its order denying plaintiff's motion to compel discovery. It appears plaintiff's recent motion crossed in the mail with the court's order, and in any event, does not cure any of the defects noted in the court's February 4, 2021 order. Therefore, plaintiff's motion is denied without prejudice.

　　　　Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 66) is denied without prejudice.

Dated: February 9, 2021

　　　　　　　　　　　　　　　　　　　　　　　　　　　　/s/ Kendall J. Newman
　　　　　　　　　　　　　　　　　　　　　　　　　　　　KENDALL J. NEWMAN
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

hawk1228.mtc2

1