UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF HAWKINS,<br><br>           Plaintiff,<br><br>    v.<br><br>M. WINKFIELD, et al.,<br><br>           Defendants. | No. 2:19-cv-1228 TLN KJN P<br><br><br>ORDER |

Plaintiff is a state prisoner, proceeding pro se, in an action brought under 42 U.S.C. § 1983. On April 14, 2021, defendants filed a motion to dismiss defendant Troncoso, who died after filing an answer herein. On April 23, 2021, plaintiff filed a request for appointment of counsel, objecting that the court failed to advise plaintiff that he was required to file a motion for substitution.

However, on December 22, 2020, defendants filed a notice of suggestion of death of defendant Troncoso and served it on plaintiff and personally served it on defendant Troncoso's survivors. (ECF No. 58.) The notice not only informed plaintiff of Rule 25(a) of the Federal Rules of Civil Procedure, but also explained that plaintiff had ninety days from the date of such notice to substitute in a proper party. (ECF No. 58 at 1.) Moreover, on January 5, 2021, the court stayed discovery as to defendant Troncoso for 30 days after plaintiff substituted an appropriate party or the time to do so expired, also referencing Rule 25.

1

When a defendant dies, Rule 25 does not require the court to issue any form of order. Rather, in order for the ninety-day period for substitution to be triggered, a party must formally suggest the death of the party upon the record, Fed. R. Civ. P. 25(a)(1), and must serve other parties and nonparty successors or representatives of the deceased with a suggestion of death in the same manner as required for service of the motion to substitute, Fed. R. Civ. P. 25(a)(3).

Plaintiff's prior request for counsel was denied on March 30, 2021. (ECF No. 74.) The undersigned does not find the circumstance related to defendant Troncoso demonstrates exceptional circumstances warranting the appointment of counsel, and denies plaintiff's motion for the same reasons set forth in the March 30, 2021 order. (ECF No. 74.) However, in an abundance of caution, plaintiff is granted an additional fourteen days in which to file an opposition to defendants' motion to dismiss (ECF No. 76).

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's request for the appointment of counsel (ECF No. 78) is denied.

2. Plaintiff is granted fourteen days from the date of this order in which to file an opposition to defendants' motion to dismiss (ECF No. 76).

Dated: April 29, 2021

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

//hawk1228.25a.fb