1
2
3
4
5
6
7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    JEFF HAWKINS,                              No.  2:19-cv-1228 TLN KJN P

12                    Plaintiff,

13         v.                                    ORDER

14    M. WINKFIELD, et al.,

15                    Defendants.

16

17          Plaintiff is a jail inmate, proceeding pro se and in forma pauperis.  On November 3, 2021,

18    the remaining defendants' motion for summary judgment was granted, and judgment was entered.

19    Plaintiff filed an appeal.

20          On January 6, 2022, plaintiff filed a request for transcripts at government expense, for the

21    judge to state the case was not frivolous, and sought a certificate of appealability.  (ECF No. 108.)

22          Defendants' motion for summary judgment was granted on the grounds that plaintiff

23    failed to first exhaust administrative remedies prior to bringing suit in federal court.  No trial was

24    conducted, and no hearings took place.  Thus, there are no transcripts to produce.

25          In addition, certificates of appealability are only available in habeas proceedings.  See 28

26    U.S.C. § 2253.  Therefore, plaintiff's motion for a certificate of appealability referenced in 28

27    U.S.C. § 2253 is denied.

28    ////

                                            1

1          Accordingly, IT IS HEREBY ORDERED that plaintiff's motion (ECF No. 108) is denied.

2    Dated:  January 19, 2022

3

4                                                    KENDALL J. NEWMAN
                                                     UNITED STATES MAGISTRATE JUDGE
5    /hawk1228.coa

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28